In the Matter of WALTER R. STURR et al., Appellants, against WATER POWER AND CONTROL COMMISSION OF THE CONSERVATION DEPARTMENT OF THE STATE OF NEW YORK et al., Respondents.

Argued May 15, 1944; decided July 19, 1944.

*Henry G. Arfmann* for appellants.

*Nathaniel L. Goldstein, Attorney-General (Orrin G. Judd, Wendell P. Brown* and *Edward L. Ryan* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.